IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



VERNON L. RANDALL, JR.,

    Plaintiff,

v.                                Civil Action No. 3:15CV177

RAPPAHANOCK REGIONAL JAIL,

    Defendant.

**MEMORANDUM OPINION**

Vernon L. Randall, Jr., a Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. See Dowe v. Total Action Against Poverty in Roanoke Valley, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). In his current Complaint, failed to identify any person acting under color of state law. Accordingly, by Memorandum Order entered on October 26, 2015, the Court directed Randall to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Randall that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the October 26, 2015 Memorandum Order. Randall failed to submit a particularized complaint or otherwise respond to the October 26, 2015 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Randall.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: November 30, 2015
Richmond, Virginia